# EXHIBIT 10

The Order of the Court is stated below:
Dated: December 27, 2016     /s/ MATTHEW BATES
10:31:49 AM                  District Court Judge

David W. Tufts (8736)
Chris D. Wade (15278)
**DURHAM JONES & PINEGAR, P.C.**
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000
Facsimile:  (801) 415-3500
*Attorneys for ZAGG Inc*

### IN THE THIRD JUDICIAL DISTRICT COURT
### SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| ZAGG INC, a Delaware corporation, | **ORDER GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF ORDER OF RESTITUTION** |
| Plaintiff, | |
| vs. | |
| LORENCE HARMER, an individual, ELIZABETH HARMER, an individual and JOHN DOES 1 through 10, | Civil No. 160906003 |
| | Judge: Matthew Bates |
| Defendants. | |

On December 19, 2016, the Court held a hearing on Plaintiff's Motion for Issuance of Order of Restitution.  Plaintiff ZAGG Inc ("ZAGG") was represented by David W. Tufts and Ian S. Davis.  Defendant Lorence Harmer was represented by Shawn H. Robinson.  Defendant Elizabeth Harmer was represented by David G. Turcotte.  Plaintiff Intervenor DCN Properties, LLC was represented by Brennan H. Moss and Jed Brinton.

Having reviewed and considered the written submissions, and after hearing the arguments of the parties, the Court FNDS, CONCLUDES and ORDERS as follows:

1. The findings, conclusions and rulings of the Court are as stated by the Court

from the bench on the record at the hearing;

2. Based on the findings and conclusions and for the reasons stated on the record at the hearing, the Court orders that Plaintiff's Motion for Issuance of Order of Restitution is GRANTED.

3. Defendants are required to vacate the subject property by the end of the day on January 6, 2017.

IT IS SO ORDERED.

***Executed and entered by the Court as indicated by the date and seal at the top of this page.***

Approved as to form by:


*/s/ Shawn H. Robinson\**
Shawn H. Robinson
Attorney for Defendant Lorence A. Harmer
*electronic signature affixed with permission of counsel confirmed via email 12/22/16*


*/s/ David G. Turcotte\**
David G. Turcotte
Attorney for Defendant Elizabeth N. Harmer
*electronic signature affixed with permission of counsel confirmed via phone and email 12/23/16*


*/s/ Brennan H. Moss\**
Brennan H. Moss
Attorney for Plaintiff Intervenor DCN Properties, LLC
*electronic signature affixed with permission of counsel confirmed via email 12/22/16*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 23, 2016 a true and correct copy of the foregoing **ORDER GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF ORDER OF RESTITUTION** was served by the method indicated below, to the following:

| | | |
|---|---|---|
| Brennan H. Moss | ( ) | U.S. Mail, Postage Prepaid |
| Benjamin M. Nelson | ( ) | Hand Delivered |
| PIA ANDERSON MOSS HOYT | ( ) | Overnight Mail |
| 136 East South Temple, Suite 1900 | (X) | Court's NEF System |
| Salt Lake City, Utah 84111 | ( ) | Email |
| bmoss@pamhlaw.com; | | |
| bnelson@pamhlaw.com | | |
| *Attorney for DCN Properties, LLC* | | |

| | | |
|---|---|---|
| Shawn Robinson | ( ) | U.S. Mail, Postage Prepaid |
| Skeen & Robinson | ( ) | Hand Delivered |
| 5788 South 900 East | ( ) | Overnight Mail |
| Salt Lake City, Utah 84121 | (X) | Court's NEF System |
| srobinsonlaw@hotmail.com | ( ) | Email |
| *Attorney for Lorence Harmer* | | |

| | | |
|---|---|---|
| Dave Turcotte | ( ) | U.S. Mail, Postage Prepaid |
| 8178 Gorgoza Pines Rd. | ( ) | Hand Delivered |
| PO Box 982584 | ( ) | Overnight Mail |
| Park City, Utah 84098 | (X) | Court's NEF System |
| dgtlegal@gmail.com | ( ) | Email |
| *Attorney for Elizabeth Harmer* | | |

                                                                                   *Carrie Watters*