Reid W. Lambert, #5744
Elizabeth R. Loveridge, #6025
**STRONG & HANNI, P.C.**
102 S. 200 E. Suite 800
Salt Lake City, UT 84111
Tel: (801) 532-7080

Attorneys for Elizabeth R. Loveridge, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| In re: | |
|---|---|
| **Harmer, Lorence A.** | Bankruptcy No. 17-20057 RKM |
| SSN: XXX-XX-5730 | |
| Debtor(s). | |

**NOTICE OF TRUSTEE'S MOTION TO APPROVE SETTLEMENT
AGREEMENTAND NOTICE FOR OPPORTUNITY FOR HEARING**
**Objection Deadline: January 14, 2019**
**Hearing Date: January 30, 2019 at 10:30 AM**

**PLEASE TAKE NOTICE** that Elizabeth R. Loveridge, Chapter 7 Trustee, by and

through her counsel of record, has filed with the United States Bankruptcy Court for the District

of Utah, a Motion to Approve Settlement Agreement.

**YOUR RIGHTS MAY BE AFFECTED**. **You should read these papers carefully and

discuss them with your attorney, if you have one in this bankruptcy case. If you do not

have an attorney, you may wish to consult one.**

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN

OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE

OBJECTION DEADLINE SET FORTH BELOW.

In the Motion, the Trustee seeks approval of an agreement resolving a dispute regarding the respective interests of the Lorence A. Harmer (the "Debtor"), Harmer Holdings, and Teleportall, LLC ("Teleportall") in claims for legal malpractice arising from a judgment entered against them in a case known as *Harmer, et al. v. Zagg, Inc.*, Case No. 110917687 in the Third District Court for Salt Lake County, State of Utah (the "Zagg Case"). Under the agreement, Teleportall, LLC and its principal, Barrett Morgan, assign to the Trustee all rights and interest in the legal malpractice claims, and the Trustee agrees to pay to Morgan $2,500.00 from the proceeds of any settlement or judgment obtained in the legal malpractice action. The agreement is subject to court approval and certain time requirements and includes a mutual release of claims by the parties. The Trustee believes that the agreement is in the best interest of the bankruptcy estate because it resolves the dispute with Teleportall, LLC and allows the Trustee to proceed with the malpractice claims for the benefit of the estate. A more detailed statement of the basis for the motion as well as a copy of the agreement is on file with the Court.

## OBJECTION DEADLINE

If you do not want the Court to grant the relief requested in the Motion, then you or your attorney must:

**(1)** On or before January 14, 2019, file with the Bankruptcy Court a written Objection, explaining your position, at:

> United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, UT 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so
that the Court will **receive** it on or before January 14, 2019.  You must also mail a copy to the
undersigned counsel at

> Elizabeth R. Loveridge
> Chapter 7 Trustee
> Woodbury & Kesler, P.C.
> 525 E. 100 S. Ste 300
> Salt Lake City, UT 84102

**(2)**     Attend a hearing on **Wednesday, the 30th day of January, 2019 at 10:30 a.m.** in
Courtroom 369, United States Bankruptcy Court, 350 South Main Street, Salt Lake City, UT
84101. **There will be no further notice of the hearing** and failure to attend the hearing will be
deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you
do not oppose the relief sought in the Motion and may enter an order granting that relief.  In the
absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter
an order approving the Motion without a hearing.

DATED December 20, 2018

_____/s/_____
Reid W. Lambert
Attorney for Chapter 7 Trustee

Case 17-20307 Doc 84 Filed 12/22/18 Entered 12/22/18 21:40:37 Desc Main
Certificate of Notice Page 4 of 6

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2018, I electronically filed the foregoing **NOTICE OF TRUSTEE'S MOTION TO APPROVE SETTLEMENT AND NOTICE FOR OPPORTUNITY FOR HEARING** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

- Jordan C. Bledsoe    jordan.bledsoe@stoel.com, robin.noss@stoel.com; slcdocket@stoel.com
- Monica S. Call    monica.call@stoel.com, stacy.kamaya@stoel.com
- Arnold L. Graff    ecfutb@aldridgepite.com, agraff@aldridgepite.com; ALG@ecf.inforuptcy.com
- Mark E. Hindley    mehindley@stoel.com, rnoss@stoel.com; slcdocket@stoel.com
- Armand J. Howell    armand@hwmlawfirm.com, meghan@hwmlawfirm.com; armandh@ecf.courtdrive.com
- Reid W. Lambert    rlambert@strongandhanni.com, tlawrence@strongandhanni.com
- Elizabeth R. Loveridge tr    eloveridge@strongandhanni.com, rchristensen@strongandhanni.com; eloveridge@ecf.epiqsystems.com
- Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com
- Brennan H. Moss    bmoss@pamhlaw.com, mpruitt@pamhlaw.com
- Marcus R. Mumford    mrm@mumfordpc.com, jen@mumfordpc.com, amanda@mumfordpc.com
- Mark C. Rose    mrose@mbt-law.com, markcroselegal@gmail.com
- Jeremy C. Sink    jsink@mbt-law.com
- Theodore Floyd Stokes    ted@stokeslawpllc.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Rosanne H. Wirth    rwirth@lapplibra.com, eshortell@lapplibra.com

I hereby certify that on December 20, 2018, I caused to be served a true and correct copy of the foregoing **NOTICE OF TRUSTEE'S MOTION TO APPROVE SETTLEMENT AND NOTICE FOR OPPORTUNITY FOR HEARING** to be sent by regular first class United States mail, postage fully pre-paid, addressed to:

Lorence A Harmer
6121 Verness Cove
Holladay, UT 84121

_____/s/_____
Tiffany B. Lawrence

United States Bankruptcy Court
District of Utah

In re:                                                                      Case No. 17-20057-RKM
Lorence A Harmer                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2          User: tdg              Page 1 of 2          Date Rcvd: Dec 20, 2018
                             Form ID: pdfmsc         Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2018.
db         #+Lorence A Harmer,   6127 South Murdoch Woods Place,   Holladay, UT 84121-2206
cr          +DCN Properties, LLC,   c/o Pia Anderson Moss Hoyt, LLC,   136 E. South Temple,   Suite 1900,
             Salt Lake City, UT 84111-1135
cr          +John R. Stoebner,   c/o Mark E. Hindley,   Stoel Rives LLP,   201 Main Street, Suite 1100,
             Salt Lake City, UT 84111-2208
10499590     AMERICAN EXPRESS,   PO Box 981537,   El Paso, TX 79998-1537
10684284     American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
             Malvern  PA 19355-0701
10499591    +BAC HOME LOANS SERV LP,   4909 SAVARESE CIRCLE,   FL1-908-01-47,   Tampa, FL 33634-2413
10499592     Bryan Pyfer,   1905 Gaithers Pointe Drive,   Durham, NC 27713
10499594    +Cook, Skeen & Robinson,   c/o Shawn Robinson,   5788 S 900 E,   Salt Lake City, UT 84121-1036
10499595    +Cora-Beth Harmer,   2014 Lindentree Dr,   Weatherford, TX 76086-6147
10499598    +DCN Properties LLC,   136 E. SOUTH TEMPLE, SUITE 1900,   Salt Lake City, UT 84111-1135
10499596   #+David J. Findlay,   7119 Legacy Parkway,   Cheyenne, WY 82009-8387
10499597    +David Nixon,   13294 Ashwood Glen Way,   Draper, UT 84020-7132
11173832    +Dylan Gale,   c/o Pearson, Butler & Carson,   1802 South Jordan Parkway, Suite 200,
             South Jordan, UT 84095-8497
10499606     John Nixon,   4615 Marloma Drive,   Palos Verdes Peninsula, CA 90274
10544897    +John R. Stoebner, Trustee for Polaroid Corporation,   c/o Mark E. Hindley,   Bria L. Mertens,
             Stoel Rives LLP,   201 S. Main Street, Suite 1100,   Salt Lake City, UT 84111-2208
10499607    +Jon-Paul Harmer,   109 Shadwood Court,   Weatherford, TX 76087-2808
10537647    +Kazlow & Fields, LLC,   8100 Sandpiper Circle, Suite 204,   Baltimore, MD 21236-4999
10499608     Kelly, Wolter and Scott,   c/o Douglas Kelly,   Centre Village Offices, Suite 2530,
             Minneapolis, MN 55415
10499610    +Marcus Mumford,   405 S. Main Street, Suite 975,   Salt Lake City, UT 84111-3423
10499611     Michael Nixon,   405 E Foothill,   Provo, UT 84604
10690655    +Rushmore Loan Management Services, LLC,   in c/o ALDRIDGE PITE, LLP,
             4375 Jutland Drive, Suite 200,   P.O. Box 17933,   San Diego, CA 92177-7921
10664123    +United States Fire Insurance Company,   c/o Kazlow & Fields, LLC,   8100 Sandpiper Cir Ste. 204,
             Baltimore MD 21236-4999
10499615     WELLS FARGO CARD SERVICE,   CREDIT BUREAU DISPUTE RES,   Des Moines, IA 50306
10499618     Zagg Inc.,   910 W Legacy Center Way, Suite 500,   Midvale, UT 84047-5768
10499616     Zagg Inc.,   c/o Durham Jones & Pinegar P.C.,   Attn: David W. Tufts,   P O Box 4050,
             Salt Lake City, UT 84110-4050

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10499600    +E-mail/Text: bankruptcy@expressrecovery.com Dec 21 2018 02:48:35     EXPRESS RECOVERY INC,
             PO BOX 26415,   Salt Lake City, UT 84126-0415
10499605     E-mail/Text: cio.bncmail@irs.gov Dec 21 2018 02:48:29     Internal Revenue Service,
             Centralized Insolvency Operations,   Post Office Box 21126,   Philadelphia, PA 19114-0326
10499609    +E-mail/Text: lfrey@lapplibra.com Dec 21 2018 02:48:57
             Lapp, Libra, Thomson, Stoebner & Pusch,   c/o John R Stoebner,
             120 South 6th Street, Suite 2500,   Minneapolis, MN 55402-5155
10499614    +E-mail/Text: TXBANKRUPT@UTAH.GOV Dec 21 2018 02:48:14     Utah State Tax Commission,
             210 N 1950 W,   Salt Lake City, UT 84134-9000
10712079     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2018 02:55:17     Verizon,
             by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                        TOTAL: 5


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10499617     Zagg Inc.
10499601*   +EXPRESS RECOVERY INC,   PO BOX 26415,   Salt Lake City, UT 84126-0415
cr          ##ZAGG Inc.,   3855 South 500 West, Suite J,   Salt Lake City, UT  84115-4252
10665757    ##+Clair J. Nixon,   1168 Ash Ave.,   Provo, UT 84604-3637
10499593    ##+Clair Nixon,   111 Lee Ave,   College Station, TX 77840-3125
10499612    ##+Mumford PC,   c/o Marcus Mumford,   405 S. Main Street, Suite 975,
             Salt Lake City, UT 84111-3423
10499613    ##+Rachel Nixon Bills,   1463 March Banks Drive #2,   Walnut Creek, CA 94598-2032
                                                                      TOTALS: 1, * 1, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 1088-2            User: tdg             Page 2 of 2              Date Rcvd: Dec 20, 2018
                                Form ID: pdfmsc       Total Noticed: 30
```

```
           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
              Armand J. Howell    on behalf of Creditor    Bank of America, N.A. armand@hwmlawfirm.com,
               meghan@hwmlawfirm.com;armandh@ecf.courtdrive.com
              Arnold L. Graff    on behalf of Creditor    Rushmore Loan Management Services, LLC
               ecfutb@aldridgepite.com,  agraff@aldridgepite.com;ALG@ecf.inforuptcy.com
              Arnold L. Graff    on behalf of Creditor    U.S. Bank National Association ecfutb@aldridgepite.com,
               agraff@aldridgepite.com;ALG@ecf.inforuptcy.com
              Brennan H. Moss    on behalf of Creditor    DCN Properties, LLC bmoss@pamhlaw.com,
               mpruitt@pamhlaw.com
              Elizabeth R. Loveridge    on behalf of Trustee Elizabeth R. Loveridge tr
               eloveridge@strongandhanni.com,  rchristensen@strongandhanni.com
              Elizabeth R. Loveridge tr    on behalf of Trustee Elizabeth R. Loveridge tr
               eloveridge@strongandhanni.com,  rchristensen@strongandhanni.com;eloveridge@ecf.epiqsystems.com
              Elizabeth R. Loveridge tr    eloveridge@strongandhanni.com,
               rchristensen@strongandhanni.com;eloveridge@ecf.epiqsystems.com
              Jeremy C. Sink    on behalf of Defendant Lorence A Harmer jsink@mbt-law.com,
              Jordan C. Bledsoe    on behalf of Creditor John R. Stoebner jordan.bledsoe@stoel.com,
               robin.noss@stoel.com;slcdocket@stoel.com
              Jordan C. Bledsoe    on behalf of Plaintiff John R. Stoebner jordan.bledsoe@stoel.com,
               robin.noss@stoel.com;slcdocket@stoel.com
              Marcus R. Mumford    on behalf of Defendant    Mumford, West & Snow, PLLC mrm@mumfordpc.com,
               jen@mumfordpc.com,amanda@mumfordpc.com
              Marcus R. Mumford    on behalf of Defendant    Mumford West, PLLC mrm@mumfordpc.com,
               jen@mumfordpc.com,amanda@mumfordpc.com
              Marcus R. Mumford    on behalf of Defendant    Mumford, PC mrm@mumfordpc.com,  jen@mumfordpc.com,
               amanda@mumfordpc.com
              Marcus R. Mumford    on behalf of Defendant Marcus  Mumford mrm@mumfordpc.com,  jen@mumfordpc.com,
               amanda@mumfordpc.com
              Marcus R. Mumford    on behalf of Defendant    Mumford Law, PLLC mrm@mumfordpc.com,
               jen@mumfordpc.com,amanda@mumfordpc.com
              Mark C. Rose    on behalf of Defendant Lorence A Harmer mrose@mbt-law.com,
               markcroselegal@gmail.com
              Mark E. Hindley    on behalf of Creditor John R. Stoebner mehindley@stoel.com,
               rnoss@stoel.com;slcdocket@stoel.com
              Mark E. Hindley    on behalf of Plaintiff John R. Stoebner mehindley@stoel.com,
               rnoss@stoel.com;slcdocket@stoel.com
              Monica S. Call    on behalf of Plaintiff John R. Stoebner monica.call@stoel.com,
               stacy.kamaya@stoel.com
              Reid W. Lambert    on behalf of Trustee Elizabeth R. Loveridge tr rlambert@strongandhanni.com,
               tlawrence@strongandhanni.com
              Reid W. Lambert    on behalf of Plaintiff Elizabeth R. Loveridge rlambert@strongandhanni.com,
               tlawrence@strongandhanni.com
              Reid W. Lambert    on behalf of Plaintiff    Harmer Holdings, LLC rlambert@strongandhanni.com,
               tlawrence@strongandhanni.com
              Rosanne H. Wirth    on behalf of Plaintiff John R. Stoebner rwirth@lapplibra.com,
               eshortell@lapplibra.com
              Rosanne H. Wirth    on behalf of Creditor John R. Stoebner rwirth@lapplibra.com,
               eshortell@lapplibra.com
              Steven J. McCardell    on behalf of Creditor    ZAGG Inc. smccardell@djplaw.com,  khughes@djplaw.com
              Theodore Floyd Stokes    on behalf of Debtor Lorence A Harmer ted@stokeslawpllc.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                       TOTAL: 27
```