# United States Bankruptcy Court
## District of Utah

| | | | |
|---|---|---|---|
| In re | **Lorence A Harmer** | Case No. | **17-20057** |
| | Debtor(s) | Chapter | **7** |

## Notice of Change of Address

Debtor's Social Security Number:   **xxx-xx-5730**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:   **Lorence A Harmer**

Street:   N/A

City, State and Zip:

Telephone #:

**Please be advised that effective <u>January 16, 2019</u>
my (our) new mailing address and telephone number is:**

Name:   **Lorence A Harmer**

Street:   **6190 S Holladay Blvd**

City, State and Zip:   **Holladay, UT 84121**

Telephone #:

**/s/ Lorence A Harmer**
**Lorence A Harmer**
Debtor